IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEANDRA STEPHENSON**
*ADC #138392*                                                                      **PETITIONER**

**V.**                      **CASE NO. 4:24-cv-00214-JM-JTK**

**DEXTER PAYNE**                                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice.

SO ADJUDGED this 26th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE